LKG
F. #2019R01643

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

YINGHANG YANG,
    also known as "James Yang,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

1:20-cr-00531(MKB)(RER)

Criminal Docket No. _____

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant YINGHANG YANG's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           November 23, 2020

                          SETH D. DuCHARME
                          Acting United States Attorney
                          Eastern District of New York
                          Attorney for Plaintiff
                          271 Cadman Plaza East
                          Brooklyn, New York 11201

                  By:       /s/ Lindsay K. Gerdes
                          Lindsay K. Gerdes
                          Assistant United States Attorney
                          (718) 254-6155

Cc:    Clerk of the Court
        Edward Sapone, Esq.